

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:    01-17-00464-CR

Style:    Edward Guerra v. The State of Texas

Date motion filed*:    November 20, 2017

Type of motion:    Petition for Disclosure of Grand Jury Proceedings and Testimony

Party filing motion:    Pro Se Appellant Edward Guerra

Document to be filed:    N/A

Ordered that motion is:

☐ Granted

☐ Denied

☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☑ Other: _____

On September 22, 2017, appellant's appointed counsel timely filed an *Anders* brief and a motion to withdraw, which has not been granted pending appellant's January 17, 2018 pro se *Anders* response deadline. *See* TEX. R. APP. P. 6.5; *Anders v. California*, 386 U.S. 738, 744 (1967). Accordingly, appellant's pro se "Petition for Disclosure of Grand Jury Proceedings and Testimony" is **dismissed as moot** because he is currently represented by counsel, is not entitled to hybrid representation, and he has received the appellate records. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001) (stating "[a]ppellants are not allowed to have hybrid representation" and appellant did not have right to file documents with appellate court while represented by counsel). Appellant's counsel, Kevin P. Keating, is directed to contact the pro se appellant regarding this request.

Judge's signature: <u>/s/ Evelyn V. Keyes</u>

        ☑ Acting individually    ☐ Acting for the Court

Date:  <u>November 28, 2017</u>